# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

C3 REVENUE CYCLE
SOLUTIONS, LLC,

    Plaintiff/Counter-Defendant,

v.                                          Case No: 8:23-cv-1871-WFJ-LSG

LITTLETON HOSPITAL
ASSOCIATION,

    Defendant/Counter-Plaintiff.

_____/

## ORDER

The Court has been advised by **the Notice of Settlement (Dkt. 43)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within forty-five (45) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 45-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on February 10, 2025.

                                            s/*William F. Jung*
                                            **WILLIAM F. JUNG**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:  Counsel of Record